**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Eyvonne Green, Elliot Humes, and John Doe,
Defendants,

Of whom Eyvonne Green is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000596

———————

Appeal From Clarendon County
Thomas M. Bultman, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-296
Submitted August 3, 2023 – Filed August 18, 2023

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm
LLC, of Mauldin, for Respondent.

Lauren Felder Shaw, of Lauren F. Shaw Law, of Sumter, for the Guardian ad Litem.

_____

**PER CURIAM:**  Eyvonne Green appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Green's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.